■ JAMES T. EDGE, Appellant, v SLOMIN'S, INC., Respondent. [766 NYS2d 61] —Appeal by the plaintiff from an order and judgment (one paper) of the Supreme Court, Nassau County (Joseph, J.), entered September 16, 2002.

Ordered that the order and judgment is affirmed, with costs, for reasons stated by Justice Joseph at the Supreme Court. Santucci, J.P., S. Miller, McGinity and Schmidt, JJ., concur.

■ KAREN ESTIS, Respondent, v WARREN ESTIS, Appellant, et al., Defendant. [766 NYS2d 85] —In an action for a divorce and ancillary relief, the defendant Warren Estis appeals from an order of the Supreme Court, Nassau County (LaMarca, J.), dated August 2, 2002, which granted the plaintiff's motion for additional interim counsel fees to the extent of awarding her the sum of $150,000.

Ordered that the order is affirmed, with costs.

Under the circumstances of this case, the Supreme Court did not err in awarding the additional interim counsel fees in question. Santucci, J.P., S. Miller, McGinity and Schmidt, JJ., concur.